IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**U.S. BANK NATIONAL ASSOCIATION AS**
**TRUSTEE FOR GREENPOINT MORTGAGE**
**FUNDING TRUST PASS THROUGH**
**CERTIFICATE SERIES 2006-AR4,**

No. 3:16-cv-01307-AC

       Plaintiff,

OPINION AND ORDER

  v.

**TERRENCE EDWARDS et al.,**

       Defendants.

**MOSMAN, J.,**

On June 19, 2017, Magistrate Judge John v. Acosta issued his Findings and

Recommendation ("F&R") [27], recommending that U.S. Bank's Motion to Dismiss [4] should

be GRANTED in part and DENIED in part, and that Attorney Defendants' Motion to Dismiss

[9] should be GRANTED. No objections to the F&R were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may

file written objections. The court is not bound by the recommendations of the magistrate judge,

but retains responsibility for making the final determination. The court is generally required to

make a *de novo* determination regarding those portions of the report or specified findings or

recommendations as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, *de novo* or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny with which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Acosta's recommendations and ADOPT the F&R [27] as my own opinion. Accordingly, I GRANT in part and DENY in part U.S. Bank's Motion to Dismiss [4], and GRANT Attorney Defendants' Motion to Dismiss [9]. However, I also give Mr. Edwards leave to amend his first counterclaim to assert additional facts supporting his securitization theory. Mr. Edwards's second counterclaim is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this ___3rd___ day of August, 2017.

/s/ Michael W. Mosman
_____
MICHAEL W. MOSMAN
Chief United States District Judge