WRIGHT, FINLAY & ZAK, LLP
Lukasz I. Wozniak, OSB 136245
Joseph T. McCormick III, OSB 182760
612 S. Lucile St., Suite 300
Seattle, WA 98108
Tel.: (415) 230-4350; Fax: (949) 608-9142
Email: lwozniak@wrightlegal.net
         jmccormick@wrightlegal.net

Attorneys for Plaintiff and Counter-Defendant U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates SERIES 2006-AR4

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST PASS THROUGH CERTIFICATES SERIES 2006-AR4,<br><br>Plaintiff,<br><br>vs.<br><br>TERENCE EDWARDS; WEST COAST SERVICING, INC.; GMAC MORTGAGE, LLC; LSI TITLE COMPANY OF OREGON, LLC; AND PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN,<br><br>Defendants. | Case No.: 3:16-cv-01307-AC<br><br>AMENDED JUDGMENT AND DECREE OF FORECLOSURE |

THIS MATTER having come on for hearing this day before the undersigned Judge of the above-entitled Court upon the motion of the Plaintiff and Counter-Defendant U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST PASS THROUGH CERTIFICATES SERIES 2006-AR4's ("Plaintiff") for entry of a

supplemental judgment and decree of foreclosure. The Court, having reviewed the motion and the record, any opposition, the record to date, and being otherwise duly advised in the premises, does hereby

ORDER AND ADJUDGE THAT:

Plaintiff, U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST PASS THROUGH CERTIFICATES SERIES 2006-AR4, be awarded judgment against Defendants TERENCE EDWARDS; WEST COAST SERVICING, INC.; GMAC MORTGAGE, LLC; and PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN as set forth below.

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST PASS THROUGH CERTIFICATES SERIES 2006-AR4 |
| Total Judgment: | **$536,346.71** |
| Judgment Interest Rate: | 4.000% per annum |
| Judgment Creditor's Attorney: | Wright, Finlay, & Zak, LLP<br>612 S. Lucile St., Suite 300<br>Seattle, WA 98108 |
| Judgment Debtors: | TERENCE EDWARDS |
| Judgment Debtor's Attorney: | Pro Se |
| Assessor's Property Tax Parcel No.: | R153688, 1S3E04CA-11200 |
| Property Address: | 1673 NE Towle Terr., Grisham, OR 97030 |

**Judgment Calculations**

| Amounts Due and Owing to Judgment Creditor | |
|---|---|
| Unpaid Principal Balance | $282,670.66 |
| Interest through 3/1/2022 at 4.00% | $137,507.49 |
| Escrow balance | $74,498.96 |
| Previous attorneys' fees and costs | $6,544.95 |
| Misc. fees/costs | $111.00 |
| Late charges | $1,027.70 |
| Property preservation/inspection | $1,907.75 |
| **Subtotal** through 3/1/2022 | **$504,268.51** |

| Recoverable fees and costs | |
|---|---|
| Fees and costs awarded 5/31/2019 | $28,517.20 |
| Additional attorney's fees: | $3,561.00 |
| **Total fees and costs:** | **$32,078.20** |

| **Total Judgment:** | **$536,346.71** |
|---|---|

Per diem interest in the amount of $26.14 will continue to accrue from March 1, 2022, through the date of entry of this judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that is the Total Judgment amount is not tendered to Plaintiff immediately, then said sum shall be satisfied from the sale if the Property. The total judgment amount shall accrue interest at the interest rate of 4.00% per year until paid in full. It is further

ORDERED, ADJUDGED AND DECREED that the Deed of Trust, recorded in the Multnomah County Recorder's Office on June 28, 2006, as Instrument No. 2006-119106, securing

the real property ("Property") described as:

>LOT 7, BLOCK 2, EASTWOOD EESTATES, IN THE CITY OF GRESHAM, COUNTY OF MULTNOMAH, STATE OF OREGON
>
>Parcel No. **R153688, 1S3E04CA-11200**
>
>Commonly Known As: **1673 NE Towle Terr., Grisham, OR 97030**

be adjudged and decreed to be a first and paramount lien upon the above-described real estate and the whole thereof as security for the payment of the judgment herein set forth, and that said Deed of Trust be foreclosed and the property therein described is hereby ordered sold by the Sheriff of Multnomah County in the manner provided for by law, and the proceeds therefrom shall be applied to the payment of the judgment, interest, attorneys' fees and costs, and such other sums as plaintiff has advanced prior to judgment, and that such sums shall constitute a first and specific lien and charge upon said real estate, prior and superior to any right, title, estate, lien, or interest of TERENCE EDWARDS; WEST COAST SERVICING, INC.; GMAC MORTGAGE, LLC; and PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN, and of any one claiming by, through, or under them; and

    3.    TERENCE EDWARDS; WEST COAST SERVICING, INC.; GMAC MORTGAGE, LLC; and PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN, subsequent to June 28, 2006, the date of the Deed of Trust which is foreclosed herein, be forever barred and estopped from claiming or asserting any right, title, lien, or interest in or to said property or any part thereof, save and except for the right of redemption as allowed by law; and

4.      Plaintiff be granted the right to become a bidder and purchaser at the sale and the purchaser shall be entitled to exclusive possession of the property upon completion of sale according to law, and to all right, title, and interest in any rents and profits generated or arising from the property during the statutory redemption period, and Plaintiff is entitled to such remedies as are available at law to secure possession, including writ of assistance, if Defendants or any of them or any other party or person shall refuse to surrender possession to the purchaser immediately upon purchaser's demand for possession.

5.      If Plaintiff's judgment is not fully satisfied via the sheriff's sale, then it shall be entitled to a deficiency judgment against TERRENCE EDWARDS.

DATED this 12 day of April, 2022.

MICHAEL W. MOSMAN
Senior United States District Judge

Submitted by:

/s/ Joseph T. McCormick III
Joseph T. McCormick III, OSB # 182760
612 S. Lucile St., Suite 300
Seattle, WA 98108
PH: (415) 230-4350
FAX: (949) 608-9142
jmccormick@wrightlegal.net
Plaintiff/Counter-Defendant

JUDGMENT

Page | 5